**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-7699

CHARLES ROBERT MORRIS, III,

                    Plaintiff - Appellant,

          v.

OFFICER TURNER, Correction Officer; OFFICER KOLB, Correction
Officer; JOSEPH A. HIGGS, JR., Superintendent,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Liam O'Grady, District
Judge.  (1:13-cv-01030-LO-JFA)

Submitted:  February 20, 2014      Decided:  February 26, 2014

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Robert Morris, III, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Robert Morris, III, appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Morris v. Officer Turner, No. 1:13-cv-01030-LO-JFA (E.D. Va. filed Oct. 2, 2013; entered Oct. 3, 2013). We deny Morris's motions for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED